UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION



FILED
RICHARD W. NAGEL
CLERK OF COURT
2017 MAY 19 AM 9:23
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:17CR 057 |
| Plaintiff, | JUDGE DLOTT |
| v. | INDICTMENT |
| ERIC ZYN HO, | 18 U.S.C. §§ 1591(a)(1) and 1594(c) |
| and | 18 U.S.C. § 2251(a) and (e) |
| BRYAN MATHEW OTERO, | |
| Defendants. | |

**THE GRAND JURY CHARGES:**

### COUNT ONE

**(Conspiracy to Sex Traffic Children)**

From a time unknown through on or about May 2, 2017, in the Southern District of Ohio and elsewhere, the defendants, **ERIC ZYN HO** and **BRYAN MATTHEW OTERO**, did knowingly conspire and agree to together and with each other and with other persons both known and unknown to the grand jury, to knowingly, in and affecting interstate and foreign commerce, recruit, entice, harbor, transport, provide, obtain, advertise, maintain, patronize and solicit by any means a person, that being "Minor Victim," at the time a 14 year old female, knowing and in reckless disregard of the fact that "Minor Victim A" had not attained the age of 18 years and would be caused to engage in a commercial sex act.

**In violation of Title 18 United States Code, Sections 1591(a)(1) and 1594(c).**

1

## COUNT TWO
### (Conspiracy to Produce Child Pornography)

From a time unknown, through on or about May 2, 2017, in the Southern District of Ohio and elsewhere, the defendants, **ERIC ZYN HO** and **BRYAN MATTHEW OTERO**, did knowingly conspire and agree to together and with each other and with other persons both known and unknown to the grand jury, to knowingly employ, use, persuade, induce, entice, and coerce a minor, that being "Minor Victim," to engage in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported using any means and facility of interstate and foreign commerce, knowing and having reason to know that such visual depiction would be transported in and affecting interstate and foreign commerce; and which visual depiction was produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer.

**In violation of Title 18, United States Code, Sections 2251(a) and (e).**

A TRUE BILL.

/S/
_____
GRAND JURY FOREPERSON

BENJAMIN C. GLASSMAN
UNITED STATES ATTORNEY

_____
KYLE J. HEALEY
ASSISTANT UNITED STATES ATTORNEY

2     FG